IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MONICA LEOS AND JOSE LEOS<br>  *Plaintiffs,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO.<br>1:21-cv-43 |
| TAMAZ QAVELASHVILI AND<br>STATE EXPRESS, INC.,<br>  *Defendants.* | §<br>§<br>§<br>§<br>§ | |

## DEFENDANTS TAMAZ QAVELASHVILI AND STATE EXPRESS, INC.'S NOTICE OF REMOVAL

Defendants, **TAMAZ QAVELASHVILI AND STATE EXPRESS, INC.,** file this Notice of Removal under 28 U.S.C. §1446(a) for the purpose of removing this cause to the United States District Court for the Southern District of Texas, Brownsville Division, based upon diversity jurisdiction and state as follows:

### I.  STATE COURT ACTION

1. This is an action filed on or about October 9, 2020, in the 404th Judicial District, Cameron County, Texas (the "State Court") being Cause No. **2020-DCL-04850** on the docket of the court (the "State Court Petition"), and being a suit by Plaintiffs, **MONICA LEOS AND JOSE LEOS**, against Defendants, **TAMAZ QAVELASHVILI AND STATE EXPRESS, INC.,** for money damages arising from a commercial vehicle accident occurring on or about March 23, 2020, in Cameron County, Texas (the "Accident"). Plaintiffs allege claims of negligence against Defendant Qavelashvili, and alleges claims of negligent retention and supervision and respondeat superior against Defendants State Express, Inc. Plaintiffs' causes of action arise entirely under Texas state tort law.

2. Defendants received notice of the suit on October 23, 2020 and January 11, 2021, respectively.  Although the case was not removable when originally filed, it became

removable on March 10, 2021, because of Plaintiffs' Objections, Answers and Responses to Defendants' First Set of Requests for Admission. 28 U.S.C. §1446(b)(3); *Knudson v. Sys. Painters, Inc.*, 634 F.3d 968, 973-74 (8th Cir. 2011); *Ritchie v. Williams*, 395 F.3d 283, 287 n.2 (6th Cir. 2005); *Sullivan v. Conway*, 157 F.3d 1092, 1094 (7th Cir. 1998). In Plaintiffs' Original Petition, Plaintiffs specifically pled that "Plaintiffs seek monetary relief not to exceed $75,000." *See B, Pltfs.' Orig. Pet*. ¶6.1. Then, on March 10, 2021, each Plaintiff, Monica Leos and Jose Leos, served their responses to requests for admission. *See F., Ex.'s 1 and 2.* In their responses, Plaintiffs each denied that their damages "do not exceed $75,000" and each admitted that their damages "exceed $75,000." Thus, this matter became removable on that date, March 10, 2021.

3.  Defendant files this notice of removal within 30 days after receiving Plaintiffs' Objections, Answers and Responses to Defendants' First Set of Requests for Admission and within one year of commencement of the suit as required by 28 U.S.C. §1446(c)(1). 28 U.S.C. §1446(b)(3); *Price v. Wyeth Holdings, Corp.*, 505 F.3d 624, 630-31 (7th Cir. 2007); *Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689, 694-96 (9th Cir. 2005); *Ritchie*, 395 F.3d at 287 n.2.

## II.  FEDERAL JURISDICTION BASED ON DIVERSITY

4.  Plaintiffs allege that they are individuals residing in Cameron County, Texas. Plaintiffs have admitted in their Plaintiffs' Original Petition that Defendant Tamaz Qavelashvili is an individual who resides in King County, New York. Defendant State Express, Inc. is a foregin corporation with its principal place of business in Woodridge, Illinois. Plaintiffs' Original Petition states that Plaintiffs seek monetary relief of $100,000.00 or less, and that "[m]ore specifically, Plaintiffs seek monetary relief not to exceed $75,000." However, on March 10, 2021, in response to discovery requests, each Plaintiff admitted that they are seekeing damages that "EXCEED $75,000." Plaintiffs have alleged damages including severe personal injuries, pain and suffering, mental anguish,

impairment, inconvenience, incurred reasonable and necessary medical expenses in the past and future and loss of earning capacity in the past and future..

5.  There is, therefore, complete diversity of citizenship and there is now a sufficient amount in controversy to confer jurisdiction on this court pursuant to 28 U.S.C. § 1332(a)(1). The above-described civil action is therefore one that may be removed pursuant to 28 U.S.C. §§ 1332, 1441, and 1146.

### III.  STATE COURT DOCUMENTS ATTACHED

6.  This Notice of Removal is being filed within thirty (30) days after receipt through service or otherwise of Plaintiffs' Original Petition filed in the State Court. This suit was originally filed on March 10, 2021. Defendants, **TAMAZ QAVELASHVILI AND STATE EXPRESS, INC.**, were served with this lawsuit on October 23, 2020 and January 11, 2021, respectively. This matter became removable on the date Plaintiffs served their discovery responses admitting, for the first time, that they are seeking damages in excess of $75,000, or on March 10, 2021. Removal is therefore timely under 28 U.S.C. § 1446(b) and (c). Attached hereto are copies of all pleadings, process, and orders received or filed by the parties in the State Court pursuant to 28 U.S.C. § 1446(a). Also attached is a copy of the State Court docket sheet and the entire contents of the State Court file.

### IV. EXHIBITS TO NOTICE OF REMOVAL

7.  The index of State Court documents are as follows:

   A.  **Docket Sheet** from the 404th Judicial District Court, Cameron County, Texas;

   B.  **Plaintiff's Original Petition with Written Discovery;**

   C.  **Defendant's State Express, Inc. Original Answer and Affirmative Defenses;**
       *(Filed in State Court before Removal)*

   D.  **Defendant's Tamaz Qavelashvili Original Answer and Affirmative Defenses; and**

(Filed in State Court before Removal)

E. **Notice of Filing of Removal.**

F. **List of Counsel of Record.**

G. **EXHIBITS 1 & 2, Plaintiffs Monica Leos's and Jose Leos's Responses to Defendants' First Set of Requests for Admission**

## V. RELIEF REQUESTED

8. Defendants respectfully request that Cause No. **2020-DCL-04850** in the 404th Judicial District, Cameron County, Texas, be removed to the United States District Court for the Southern District of Texas, Brownsville Division – the district court and division of proper jurisdiction and venue – and that this court assume jurisdiction of this case and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Respectfully submitted,

LOPEZ PETERSON, PLLC

/s/ Gabriel Gonzalez
**GABRIEL GONZALEZ**
Federal ID No.: 1477528
State Bar of TX. No.: 24074291
ggonzalez@lopezpeterson.com
***LOPEZ PETERSON, PLLC***
Colonnade Square I
101 West Hillside, Suite 1
Laredo, Texas 78041
(956) 718-2134 - Telephone
(956) 718-2045 – Facsimile
ATTORNEY FOR THE DEFENDANTS

OF COUNSEL:
**CHRISTOPHER C. PETERSON**
Federal ID No.: 21184
State Bar of TX. No.: 00798430
cpeterson@lopezpeterson.com
**LOPEZ PETERSON, PLLC**
Colonnade Square I
101 West Hillside, Suite 1

Laredo, Texas 78041
(956) 718-2134 - Telephone
(956) 718-2045 – Facsimile
cpeterson@lopezpeterson.com

## CERTIFICATE OF SERVICE

I certify that on March 25th, 2021, a true and correct copy of the foregoing document was delivered to the all counsel of record on the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

*<u>Via Facsimile No. 956-542-7026</u>*
Jorge A. Green
Leticia Garza
David Roerig
The Green Law Firm, P.C.
34 S. Coria St.
Brownsville, Texas 78520

                                          */s/ Gabriel Gonzalez*
                                          Gabriel Gonzalez