United States District Court
Southern District of Texas
**ENTERED**
April 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MONICA LEOS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:21-CV-00043 |
| TAMAZ QAVELASHVILI, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. No. 17). Accordingly, the parties' claims are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on April 13, 2022.

_____
Rolando Olvera
United States District Judge